# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **VERN STINSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action Number |
| **v.** ) | **2:19-cv-01396-AKK** |
| ) | |
| **UNITED STATES STEEL** ) | |
| **CORPORATION,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Based on the parties' report that they have resolved this matter, this case is **DISMISSED WITHOUT PREJUDICE**. The court **ORDERS** that the parties shall file a formal stipulation of dismissal by **February 28, 2022**, and the court shall retain jurisdiction over the parties until that date for the purpose of enforcing their settlement agreement. Otherwise, after that date, this case will be deemed dismissed with prejudice.

**DONE** the 28th day of January, 2022.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE